IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:99CR56-V |
| | ) | |
| | ) | <u>BILL OF INDICTMENT</u> |
| vs. | ) | |
| | ) | Violations: |
| | ) | |
| MIGUEL ANGEL FERNANDEZ | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about August 19, 1999, in Iredell County, within the Western District of North Carolina,

MIGUEL ANGEL FERNANDEZ

did knowingly, willfully and unlawfully possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>

On or about August 19, 1999, in Iredell County, within the Western District of North Carolina,

MIGUEL ANGEL FERNANDEZ

in furtherance of a drug trafficking crime, to wit: possession with intent to distribute a quantity of cocaine, for which the defendant may be prosecuted in a court of the United States, did knowingly, willfully, and unlawfully possess a firearm, to wit: a 10 mm. Glock Model 20 handgun, in violation of Title 18, United States Code, Section 924(c)(1).

FOREMAN:

*[signature]*

MARK T. CALLOWAY
UNITED STATES ATTORNEY

*[signature]*
D. SCOTT BROYLES
ASSISTANT UNITED STATES ATTORNEY

DOCUMENT
SCANNED

FILED CHARLOTTE, N.C. SEP 14 1999 U.S. DISTRICT COURT W. DIST. OF N.C.

Case 5:99-cr-00056-RLV   Document 1-1   Filed 09/14/99   Page 1 of 1